JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 07 5359

| | |
|---|---|
| HARI SINGH SANDU and SHARANJIT KAUR,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services,<br><br>       Defendant<br>_____/ | Case No.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION |

Plaintiffs allege:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Plaintiffs Hari Singh Sandhu and Sharanjit Kaur are husband and wife. Hari Singh Sandhu is a citizen of India. Sharanjit Kaur is a Untied States citizen.

3. Defendant Rosemary Melville is the District Director of the San Francisco district office of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration and Nationality Act, including the adjudication of a visa petition filed a United State citizen pursuant to 8 U.S.C. §1154(a)(1)(A)(i) , and the adjudication of an application for adjustment of status to lawful permanent resident filed ay an alien pursuant to 8 U.S.C. §§1255.

1

4. 8 U.S.C. §1154(a)(1)(A)(i) vests defendant with the authority to accord immediate relative status under 8 U.S.C. §1151(b)(2)(A)(i) to the spouse of a United States citizen. To accord immediate relative status a United States citizen is required to file a petition on a Form I-130 with the USCIS in accordance with the provisions of 8 C.F.R. §204.1.

5. 8 U.S.C. §§1255(a) vests defendant with discretion to adjust an alien's status to that of an alien lawfully admitted for permanent residence. To apply for adjustment of status an alien is required to file an application on a Form I-485 in accordance with the provisions of 8 C.F.R. §245.2.

6. On December 2, 2004 plaintiff Sharanjit Kaur petitioned defendant to accord plaintiff Hari Singh Sandhu immediate relative status, and Hari Singh Sandhu simultaneously applied for adjustment of status. See, attached Exhibit A.

7. On April 18, 2005 they were interviewed by a USCIS officer. *See*, attached Exhibit B.

8. Defendant has not adjudicated plaintiffs' petition and application, and their petition and application remain pending.

9. Defendant has breached her legal duty to adjudicate plaintiffs' petition and application, and defendant's failure to adjudicate plaintiffs' petition and application is unlawful, arbitrary and capricious.

10. There is no administrative appeal from defendants' decision.

11. There is a real and actual controversy between the parties. Plaintiffs have no adequate remedy at law. Plaintiffs have suffered and will continue to suffer irreparable injury as result of the acts of the defendant complained herein.

WHEREFORE, plaintiffs pray judgment.

1. Declaring that defendant has violated 8 U.S.C. §1154(a)(1)(A)(i) and 8 C.F.R. §204.1 in her adjudication of plaintiff Sharanjit Kaur's visa petition.

2. Declaring that defendant has violated 8 U.S.C. §1255(a) and 8 C.F.R. §245.2 in his adjudication of plaintiff Hari Singh Sandhu's application for adjustment of status.

3. Preliminarily and permanently enjoining defendant, her agents, and delegates to adjudicate

1 | plaintiffs' petition and applications forthwith.

2 |     4. Awarding plaintiffs their costs and reasonable attorneys fees incurred in this action;

3 |     5. Granting such other and further relief as may be appropriate.

4 | Dated: October 19, 2007

_____
JONATHAN M. KAUFMAN
Attorney For Plaintiffs

# EXHIBIT A

U.S. Department of Homeland Security
*630 Sansome Street*
*San Francisco, CA 94111*



U.S. Citizenship
and Immigration
Services

# Notice of Receipt

Date: 1/24/2005

A No: 72-497-293  /  COA: IR6

Name: SANDHU, HARI

Address: 1242 DONALD DRIVE

RODEO, CA 94572

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**               www.uscis.gov

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used



**U.S. Citizenship and Immigration Services**

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

SANDHU, HARI

1242 DONALD DRIVE

RODEO, CA 94572

A No: 72-497-293   (E11/I485)

Date: 1/24/2005

COA: IR6

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the APPLICATION SUPPORT CENTER indicated below ONLY on the following date:

2/8/2005

NOTE: If you do not have your fingerprints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). IMPORTANT: If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.

☐ **SANTA ROSA**
1401 Guerneville Road, Suite 100
Santa Rosa, CA 95403
Hours:  Tuesday through Saturday
     8am to 4pm
     Closed Sunday/Monday

☑ **OAKLAND**
2040 Telegraph Avenue
Oakland, CA 94612
(Near 19th Street Bart Station)
Hours:  Tuesday through Saturday
     8am to 4pm
     Closed Sunday/Monday

☐ **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA 94111
Hours:  Tuesday through Saturday
     8am to 4pm
     Closed Sunday/Monday

☐ **MODESTO**
901 N. Carpenter Road, Suite 14
Modesto, CA 95351
"Crossroads Shopping Center"
Hours:  Tuesday through Saturday
     8am to 4pm
     Closed Sunday/Monday

☐ **SACRAMENTO**
731 K Street, Suite 100
Sacramento, CA 95814
Hours:  Tuesday through Saturday
     8am to 4pm
     Closed Sunday/Monday

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

(REVISED 12/4/03) G:FPREF1.doc

```
            US DHS
         SAN FRANCISCO
       RETAIN THIS RECEIPT

    11:44AM      Dec  2/04
    00-0000 001     SFR-AD
    #09666


    A #             000000000
    Last Name         SANDHU
    First Name          HARI

    I-130 SPOUSE$185.00
    I-485        $315.00
    FP-Fee/FD258 $70.00

    *TTL          $570.00
    Check         $185.00
    Check         $385.00

       *Official*
       *Document*
```

United States Citizenship and Immigration Services
USCIS
630 Sansome Street
San Francisco, CA 94111

**REQUEST FOR EVIDENCE**

*Adjustment of Status Application*

## DO NOT MAIL DOCUMENTS TO THIS OFFICE UNLESS ADVISED TO DO SO

**Applicant's Name:** Sandhu, Hari     **Date:** 1/24/05
**Alien Number:** _____     **Officer:** DM

DOCUMENTS AND OTHER EVIDENCE REQUIRED AT THE TIME OF YOUR ADJUSTMENT OF STATUS INTERVIEW ARE LISTED BELOW. PLEASE BRING TO YOUR INTERVIEW ORIGINALS AND/OR COPIES OF ALL DOCUMENTS YOU SUBMITTED WITH YOUR APPLICATION. **NOTE!:** CHECK THIS LIST CAREFULLY AND BE SURE TO BRING WITH YOU TO YOUR INTERVIEW ANY DOCUMENTS LISTED THAT WERE NOT INCLUDED WITH YOUR ORIGINAL APPLICATION.

**IMPORTANT:** FAILURE TO BRING THE MATERIAL LISTED BELOW TO YOUR SCHEDULED INTERVIEW **MAY RESULT IN DENIAL** OF YOUR APPLICATION DUE TO LACK OF PROSECUTION.

| | REQUIRED DOCUMENTATION AND EVIDENCE |
|---|---|
| ☒ | Copies of registered birth, death, divorce, and marriage certificates to support claimed relationships (mother, father, son, daughter, brother, sister, husband, wife, and ex-spouse) as applicable. |
| ☒ | Two (2) affidavits attesting to the birth or death of persons for whom registered certification is not available. |
| ☒ | A Non-Availability of Document statement certified by civil authorities for any unavailable documents. |
| ☒ | For marriage cases, evidence of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and any other evidence to prove bona fide marriage) |
| ☒ | English translation of any/all foreign documents |
| ☒ | Copy of passport pages with photo and personal data, and evidence of legal entry, such as I-94, non-immigrant visa, and/or entry stamp, for all applicants. |
| ☒ | Immigration specified color photos for all applicants |
| ☒ | Certified copies of Final Disposition of Arrests and Police Clearances, if required by classification |
| ☒ | Forms G-325A for all applicants and petitioner. |
| ☒ | Form I-864 Affidavit of Support on behalf of all applicants. (I-864 must be notarized) |
| ☒ | Employment letter with company letter head (business stationary) showing salary, starting date and position held for any sponsor and/or co-sponsor completing form(s) I-864. |
| ☒ | Federal Income Tax Returns AND Forms W-2 for sponsor(s) completing Form I-864 |
| ☒ | Form I-693 Medical Examination & Supplemental Form for Immunizations |
| ☒ | Copy of Naturalization Certificate or U.S. passport or U.S. Birth Certificate for petitioners and joint sponsors. |
| ☒ | A statement from an officer of the bank or other financial institution in which you have deposits, including current balance and deposit and withdrawal history for the last 12 months. |
| ☐ | |

For David N. Still
District Director, USCIS

SFR DM – 1 (09-16-03)

# EXHIBIT B

U. S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

Hari S. SANDHU

APR 1 8 2005

A 72497-293     E-11 (PENDING)

☒ HAND-DELIVERED to applicant

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability   ☐ Fingerprints   ☒ Security Clearance(s)   ☒ A-file(s)   ☒ Further Review
☐ Documentation (listed below)   ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:

Sincerely,

David N. Still
District Director

Citizenship and Immigration Service
630 Sansome Street, Room 200 / AOS
San Francisco, CA 94111
ATTN: E11 / PENDING / A 72-497-293

cc: Alan Kaufman, Esq.

www.dhs.gov

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
630 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111

DAVID J. KAUFMAN
KAUFMAN LAW OFFICE
220 MONTGOMERY STREET, STE. 976
SAN FRANCISCO, CA 94104

FILE NUMBER: A   72 497 293
DATE:   03/23/2005

RE:  HARI SANDHU

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION: | 630 SANSOME STREET, ROOM 255<br>SAN FRANCISCO, CA 94111 |
| DATE AND TIME: | 04/18/2005<br>1 : 00 PM |
| OFFICER: | E37 CHEUNG<br>BD6 |
| REASON FOR APPOINTMENT: | APPLICATION FOR ADJUSTMENT OF STATUS |

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] Thisletter, all passports, your I-94 arrival/departure form, if any, and INS approval notices and INS issued documents.
- [X] Current photo I.D and proof of petitioners U.S.Citizenship /Lawful Resident status. PETITIONERS MUST APPEAR IN SPOUSAL CASES.
- [X] A Current letter of employment for both spouses showing rate of pay and hours per week.
- [X] The three (3) most current Federal 1040 Tax Returns and W-2's.
- [X] Evidence supporting bona fides of the marital relationship, e.g. photos, bank stmts., leases, insurance policies, other.
- [X] Certified, complete court records for any arrests. Original birth/marriage/divorce certificates for you, spouse, children.
- [X] If you do not wish to surrender originals, bring legible photo copies.

---

DUE TO SECURITY PROCEDURES, PLEASE ARRIVE 30 MINUTES EARLY with a valid
PASSPORT; STATE I.D., OR INS ISSUED VALID EAD OR PERMANENT RESIDENT CARD.
Failure to appear or to bring requested documents may result in delay or denial
of your application. If you do not appear on time you may rescheduled.

If you do not speak English, you must bring a disinterested 3rd party to
interpret, with valid ID (Not attorney or petitioner)

ATTORNEY NOTIFIED:  DAVID J. KAUFMAN

PC10