JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:      jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HARI SINGH SANDHU, et al.,                     Case No.  C 07-5359 MMC

                                                PROOF OF SERVICE
                    Plaintiff,                  (Fed.R.Civ.P. 4(i))

        vs.

ROSEMARY MELVILLE,
District Director, United States Citizenship
and Immigration Services,

                    Defendant.
_____/

        I, JONATHAN M. KAUFMAN, do hereby declare:

        That I am attorney for plaintiffs in the above captioned action.

        That on October 23, 2007 copies  of the summons and complaint in the above captioned

action were placed in the United States Mail at San Francisco, California, certified mail, addressed

to Rosemary Melville, District Director, United States Citizenship and Immigration Services, 630

Sansome Street, San Francisco, CA 94111, Office of General Counsel, U.S. Department of

Homeland Security, Washington, DC. 20528, and Civil Process Clerk, United States Attorney, 450

Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1    I declare under penalty of perjury that the foregoing is true and correct and that this was

2  executed on October 24, 2007 at San Francisco, California.

3                                                                      _____

4                                                                      JONATHAN M. KAUFMAN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                        2