JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARI SINGH SANDHU, et al., | Case No. C 07-5359 MMC |
| Plaintiff, | PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| ROSEMARY MELVILLE,<br>District Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

     Defendant has informed plaintiff Sharanjit Kaur that her visa petition has been approved, and scheduled plaintiff Hari Singh Sandhu for another fingerprint appointment because his prior fingerprint processing expired. In consideration of the action taken by defendant to adjudicate plaintiffs' petition and application for adjustment of status, plaintiffs withdraw their motion for a preliminary injunction.

                                                                                                              _____
                                                                                                              JONATHAN M. KAUFMAN
                                                                                                               Attorney for Plaintiffs