1 JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
2 220 Montgomery Street, Suite 976
San Francisco, CA 94104
3 Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
4 E-Mail:    jonathan-kaufman@sbcglobal.net

5 Attorney for Plaintiff

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

10 HARI SINGH SANDHU, et al.,            Case No. C 07-5359 MMC

11                                       CERTIFICATE OF SERVICE
           Plaintiff,
12
      vs.
13
ROSEMARY MELVILLE,
14 District Director, United States Citizenship
and Immigration Services,
15
           Defendant.
16 _____/

17      I, JONATHAN M. KAUFMAN, do hereby declare:

18      That on November 16, 2007 Plaintiffs' Withdrawal of Motion for Preliminary Injunction

19 was served on defendant by placing a copy in the U.S. Mail at San Francisco, California in a sealed

20 envelope, postage affixed, addressed to Ila C. Deiss, Assistant United States Attorney, 450 Golden

21 Gate Avenue, Box 36055, San Francisco, CA 94102.

22      I declare under penalty of perjury that the foregoing is true and correct and that this was

23 executed on November 16, 2007 at San Francisco, California.

24                                              _____
                                                JONATHAN M. KAUFMAN

1