SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARI SINGH SANDHU and SHARANJIT KAUR,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | No. C 07-5359 MMC<br><br>**ANSWER** |

    Defendant hereby submits her answer to Plaintiffs' Complaint for Declaratory Judgment and Injunction.

    1. Paragraph One consists of Plaintiffs' characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the allegations in Paragraph One are denied.

    2. Defendant admits the allegations in Paragraph Two.

    3. Defendant admits the allegations in Paragraph Three.

    4. Defendant admits the allegations in Paragraph Four.

    5. Defendant admits the allegations in Paragraph Five.

    6. Defendant admits the allegations in Paragraph Six.

1    7. Defendant admits the allegations in Paragraph Seven.

2    8. Defendant admits the allegations in Paragraph Eight.

3    9. Defendant denies the allegations in Paragraph Nine.

4    10. Defendant denies the allegations in Paragraph Ten.

5    11. Paragraph Eleven consist solely of Plaintiffs' characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Eleven are denied.

The remaining allegations consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendant denies these paragraphs.

### FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendant was acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

Defendant is processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendant prays for relief as follows:

///

///

ANSWER
C07-5359 MMC                                             2

1  That judgment be entered for Defendant and against Plaintiffs, dismissing Plaintiffs' complaint
2  with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems
3  just and proper under the circumstances.

4  Dated: December 24, 2007                    Respectfully submitted,

5                                              SCOTT N. SCHOOLS
                                               United States Attorney
6

7                                              _____/s/_____
                                               ILA C. DEISS
8                                              Assistant United States Attorney
                                               Attorneys for Defendant

ANSWER
C07-5359 MMC                                   3