JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARI SINGH SANDHU and SHARANJIT KAUR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services,<br><br>　　　　Defendant. | No. C 07-5359 MMC<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

　　Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

　　Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel Defendant to adjudicate Plaintiff Sandhu's application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Parties' Request to be Exempt from ADR Process
C07-5359 MMC　　　　　　　　　　　　　　1

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
2  ADR Multi-Option Program and that they be excused from participating in the ADR phone
3  conference and any further formal ADR process.

4  Dated: January 10, 2008                    Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7
                                                      /s/
8                                              ILA C. DEISS
                                               Assistant United States Attorney
9                                              Attorney for Defendant

10

11 Dated: January 10, 2008                            /s/
                                               JONATHAN KAUFMAN
12                                             Attorney for Plaintiffs

13

14                                    **ORDER**

15     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
16 ADR Multi-Option Program and are excused from participating in the ADR phone conference and
17 any further formal ADR process.
18 **SO ORDERED.**
19 Dated:
                                               _____
20                                             MAXINE M. CHESNEY
                                               United States District Judge

Parties' Request to be Exempt from ADR Process
C07-5359 MMC                                   2