1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARI SINGH SANDHU, et al., | Case No. C 07-5359 MMC |
| Plaintiffs, | PARTIES' STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER [PROPOSED] |
| vs. | |
| ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, et al., | |
| Defendants. | |

16    This immigration case concerns defendants' adjudication of plaintiff's application for adjustment of status.

18    The parties believe that a resolution of the dispute may be obtained through the administrative proceedings and that the case management conference should be continued to permit the U.S. Citizenship and Immigration Services a further opportunity to adjudicate plaintiffs' applications.

22    Accordingly, the parties, by and through their respective attorneys, request that the case management conference be continued as follows:

24    The parties will file a joint case management conference statement on or before February 1, 2008.

26    The case management conference be continued to February 8, 2008 at 10:30 a.m.

1

1 | Dated: January 16, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

4 | Dated: January 16, 2008

_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: _____
MAXINE M. CHESNEY
United States District Judge

2