JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARI SINGH SANDHU and SHARANJIT KAUR, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. C 07-5359 MMC <br><br> **JOINT CASE MANAGEMENT STATEMENT** and **[Proposed] ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff Sandhu filed a Form I-485 application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about on December 2, 2004. The USCIS has not yet adjudicated the Form I-485 application. The Plaintiffs filed an action on October 19, 2007, seeking an order from this Court directing USCIS to adjudicate Plaintiff Sandhu's Form I-485 application.

3. Legal Issues:

Whether this Court should dismiss the Plaintiffs' action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the Plaintiff Sandhu's I-485 application within a reasonable period of time.

4. Motions:

The parties intend to file cross-motions for summary judgment.

5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8. Discovery:

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

10. Related Cases:

The parties are not aware of any related case or cases.

11. Relief:

The Plaintiffs asks this Court to direct USCIS to adjudicate Plaintiff Sandhu's Form I-485 application.

12. Settlement and ADR:

The Court granted the parties' request to be exempt from formal ADR process on January 14, 2008.

13. Consent to Magistrate Judge for All Purposes:

The plaintiffs do not consent to magistrate judge jurisdiction.

///

Joint Case Management Statement
C07-5359 MMC                                        2

14. Other References:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues:

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

16. Expedited Schedule:

The parties believe this case can be resolved on cross-motions for summary judgment.

17. Scheduling:

The parties propose the following schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Cross-Motions for Summary Judgment: | February 15, 2008 |
| Cross-Oppositions: | February 29, 2008 |
| Hearing: | March 14, 2008 at 9:00 a.m. |

18. Trial:

The parties do not anticipate the need for a trial in this case.

19. Disclosure of Non-party Interested Entities or Persons:

The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

None.

///

///

///

///

Joint Case Management Statement
C07-5359 MMC                                3

Date: February 1, 2008                               Respectfully submitted,

                                                     JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                     _____/s/_____
                                                     ILA C. DEISS[1]
                                                     Assistant United States Attorney
                                                     Attorneys for Defendant


Date: February 1, 2008                               _____/s/_____
                                                     JONATHAN M. KAUFMAN
                                                     Attorney for Plaintiff


**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date:                                                _____
                                                     MAXINE M. CHESNEY
                                                     United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.