**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: FEB 0 8 2008

C-07-5359-MMC

Hari Singh Sandu et al v. Rosemary Melville

Attorneys: Jonathan Kaufman / Ila Deiss

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — Initial

**ORDERED AFTER HEARING:**

Briefing Schedule: π's motion for summary judgment file by 2/15/08 · 25 pgs; Δ's opposition/x-mtn due by 2/29/08 · 25 pgs; π's reply/opposition due by 3/7/08 (15 pgs) Δ's optional sur-reply due by 3/14/08 · 10 pgs.

( ) ORDER TO BE PREPARED BY: Plntf___ Deft___ Court___

( ) Referred to Magistrate For: _____
( ) By Court
(✓) CASE CONTINUED TO 3/28/08 @ 9:00 for Hearing on X-motions for Summary Judgment.

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for ___ days
Type of Trial: ( )Jury ( )Court
Notes: 5/30/08 @ 10:30 - Further Case Management Conference Joint statement due by 5/23/08.

(15 min)