JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARI SINGH SANDHU and SHARANJIT KAUR, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. C 07-5359 MMC <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendant by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff Hari Singh Sandhu's adjustment of status application (Form I-485). The parties also request that the Court vacate the hearing scheduled for March 28, 2008.

///

///

///

///

///

Stipulated Dismissal
C07-5359 MMC                               1

1   Each of the parties shall bear their own costs and fees.

2   Dated: February 12, 2008                                    Respectfully submitted,

3                                                               SCOTT N. SCHOOLS
                                                                United States Attorney

6                                                               _____/s/_____
                                                                ILA C. DEISS[1]
                                                                Assistant United States Attorney
7                                                               Attorney for Defendant

9   Dated: February 12, 2008                                    _____/s/_____
                                                                JONATHAN M. KAUFMAN
10                                                              Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____                                   _____
                                                                MAXINE M. CHESNEY
                                                                United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal
C07-5359 MMC                                                    2