1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HARI SINGH SANDHU and
SHARANJIT KAUR,

        Plaintiffs,

    v.

ROSEMARY MELVILLE, District Director,
United States Citizenship and Immigration
Services,

        Defendant.

No. C 07-5359 MMC

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

Plaintiffs, by and through their attorney of record, and Defendant by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff Hari Singh Sandhu's adjustment of status application (Form I-485). The parties also request that the Court vacate the hearing scheduled for March 28, 2008.

///

///

///

///

///

Stipulated Dismissal
C07-5359 MMC                                              1

1   Each of the parties shall bear their own costs and fees.

2   Dated: February 12, 2008                    Respectfully submitted,

3                                               SCOTT N. SCHOOLS
                                                United States Attorney

4

5
                                                _____/s/_____
6                                               ILA C. DEISS[1]
                                                Assistant United States Attorney
7                                               Attorney for Defendant

8

9   Dated: February 12, 2008                    _____/s/_____
                                                JONATHAN M. KAUFMAN
10                                              Attorney for Plaintiffs

11

12
                                    **ORDER**
13
        Pursuant to stipulation, IT IS SO ORDERED.
14

15
    Date:  February 12, 2008                    _____
16                                              MAXINE M. CHESNEY
                                                United States District Judge
17

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal
C07-5359 MMC                                    2